IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL YOUNG,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                     14-cv-679-wmc

THE STATE OF WISCONSIN EQUAL
RIGHTS DIVISION, ERIC FERGISON,
JOHNNIE A. NELSON, RAYMOND MEJA,
LARRY JAKUBOWSKI, GARY OLSTEAD
and JOHN GRANDBERRY,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim.

| | |
|---|---|
| /s/ | November 5, 2014 |
| Peter Oppeneer, Clerk of Court | Date |